THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HURLBUT, Respondent, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Appellant.

Reported below, 113 App. Div. 921.
(Argued October 1, 1906; decided October 2, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1906, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to restore the relator to active duty on the police force of the city of New York.

The motion was made on the ground that the questions involved were academic.

*Alfred E. Sander* for motion.

*John J. Delany, Corporation Counsel (Theodore Connoly* of counsel), opposed.

Motion denied, with ten dollars costs.